UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Michael David Lennon

Case No.: 19-31713
Chapter: 7
Judge: CMG

### NOTICE OF PROPOSED ABANDONMENT

_____Barry W. Frost_____, __Chapter 7 Trustee__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clarkson S. Fisher US Courthouse
402 East State Street
Trenton, NJ 08608

If an objection is filed, a hearing will be held before the Honorable _____Christin M. Gravelle_____ on ___January 21, 2020___ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. ___3___. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
45 Birch Drive
Brick, NJ
Value: $195,750.00

Liens on property:
Bank of America
$633,870.13

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Barry W. Frost, Chapter 7 Trustee
Address: 3131 Princeton Pike, Bldg 5, Suite 110
Telephone No.: (609) 890-1500

*rev.8/1/15*

```
                          United States Bankruptcy Court
                               District of New Jersey
In re:                                                           Case No. 19-31713-CMG
Michael David Lennon                                             Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-3          User: admin              Page 1 of 2         Date Rcvd: Dec 23, 2019
                              Form ID: pdf905          Total Noticed: 55


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 25, 2019.
db             +Michael David Lennon,    45 Birch Drive,    Brick, NJ 08723-6921
518574865      +Atlantic Surgical Group, PA,    255 Monmouth Road,    Oakhurst, NJ 07755-1515
518574866      +Avenue E. Anesthesia,    P.O. Box 464,    Rutherford, NJ 07070-0471
518574867      +Bank Of America,    co KML Law Group,    216 Haddon Ave Ste 406,    Collingswood, NJ 08108-2812
518574868       Bayview Loan Ervicing, LLC,    PO Box 650091,    Dallas, TX 75265-0091
518574869      +Christopher DiFrancia, Esq.,    DiFrancia & Dedona,    147 E. Main Street,
                 Tuckerton, NJ 08087-2661
518574870      +Countrywide Document Custody Services,    Division of Treasury Bank,    1800 Tapo Canyon Rd,
                 Simi Valley, CA 93063-6712
518574871      +Court Officer Richard Glab,    PO Box 356,,    re: DC 004332-06,    Avon by the Sea, NJ 07717-0356
518574875       Ezpass Violations,    PO Box 15186,    Albany, NY 12212-5186
518574880      +FTA Financial, LLC,    P.O. Box 1814,    Hoboken, NJ 07030-1306
518574876      +Family Foot Health Center, PC,    4527 Route 9 North,    Howell, NJ 07731-3380
518574878      +First PREMIER Bank,    3820 N Louise Ave,    Sioux Falls, SD 57107-0145
518574877      +First PREMIER Bank,    Attn: Bankruptcy,    Po Box 5524,    Sioux Falls, SD 57117-5524
518574879      +Foreclosure Processing Service,    Superior Court Clerk,    PO Box 971,    Trenton, NJ 08625-0971
518574882      +J & M Auto Body and Paint Center,    6 Executive Drive,    Toms River, NJ 08755-4953
518574883      +J & M Autobody Paint Center,    c/o O’Brien and Taylor, Esqs.,    175 Fairfield Avenue,
                 P.O. Box 505,    Caldwell, NJ 07007-0505
518574884      +James C. Connaghan,    4 Larch Court,    Toms River, NJ 08753-1720
518574886      +James Shumard,    602 Rolling Hills Drive,    Brick, NJ 08724-1180
518574885      +James Shumard,    602 Rollings Hills Drive,    Brick, NJ 08724-1180
518574887      +Jeanne Freeman,    c/o Monmouth County Sp Civil,    71 Monument Park,    Freehold, NJ 07728-1747
518574888      +Jon Borgeson,    35 Burton Drive,    Tuckerton, NJ 08087-9758
518574889      +Louise Polise,    25 Se Grant Avenue,    Port Reading, NJ 07064-1039
518574890      +Mercer County Superior Court,    Law Division,    P.O. Box 8068,    Trenton, NJ 08650-0068
518574891      +Monmouth County Clerk,    71 Monument Park,    Freehold, NJ 07728-1789
518574892      +Monmouth County Sp Civil,    71 Monument Park,    Freehold, NJ 07728-1747
518574893      +Monmouth County Superior Court,    Special Civil,    71 Monument Park,    Freehold, NJ 07728-1747
518574897      +NJ E-Pass Violation Processing Ctr.,    P.O. Box 52005,    Newark, NJ 07101-8205
518574898      +NJDMV,   M.V. Violations Surcharge System,     P.O.Box 4850,    Trenton, NJ 08650-4850
518574894      +New Jersey Department of Motor Vehicles,    225 E. State Street,    P.O. Box 160,
                 Trenton, NJ 08666-0160
518574895      +New Jersey Natural Gas,    1415 Wyckoff Road,    P.O. Box 1378,    Wall, NJ 07719-1378
518574896      +New York,    Department of Motor Vehicles,    224-260 South Pearl St.,    Albany, NY 12228-0001
518574899      +Ocean County Sheriff’s Office,    120 Hooper Avenue,    Toms River, NJ 08753-7606
518574900      +Ocean County Superior Court,    Special Civil Part,    118 Washington Street,
                 Toms River, NJ 08753-7626
518574901       Ocean County Superior Court,    Special Civil Part,    118 Washington Street, Room 121,
                 P.O. Box 2191,    Toms River, NJ 08754-2191
518574902       Overlook Medical Center,    PO Box 35611,    Newark, NJ 07193-5611
518574903      +Patrick Steever,    1907 Lincoln Avenue,    Belmar, NJ 07719-4145
518574904      +Port Authority of NY and NJ,    Violations Processing Center,    P.O. Box 15186,
                 Albany, NY 12212-5186
518574905      +Providian,    2 Ridgedale Avenue,    Cedar Knolls, NJ 07927-1108
518574906      +Providian,    c/o Pressler & Pressler,    7 Entin Road,    Parsippany, NJ 07054-5020
518574908      +ROBERT SHANK,    860 Arnold Avenue,    Point Pleasant Beach, NJ 08742-2457
518574909      +Sansone Rt 66 & Rt 35 Automall,    c/o Kathleen R. Wall, Esq.,    2640 Highway 70,
                 Manasquan, NJ 08736-2609
518574910      +Sansone Rt 66 Rt 35 Automall,    900 Route 35,    Asbury Park, NJ 07712-4549
518574912      +State of NJ - Dept. of Labor,    P.O. Box 951,    Trenton, NJ 08625-0951
518574911      +State of New Jersey,    co Attorney General,    CN 080,    Trenton, NJ 08625-0080
518574914      +Verizon,    c/o Pressler and Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Dec 24 2019 00:52:18      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 24 2019 00:52:13      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
518574873      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 24 2019 00:57:48       Credit One Bank,
                 Po Box 98872,    Las Vegas, NV 89193-8872
518574872      +E-mail/PDF: creditonebknotifications@resurgent.com Dec 24 2019 00:55:56       Credit One Bank,
                 Attn: Bankruptcy Department,    Po Box 98873,    Las Vegas, NV 89193-8873
518574874      +E-mail/Text: e.salmons@doveroilcompany.com Dec 24 2019 00:52:19      Dover Oil Co.,
                 239 Dover Road,    Toms River, NJ 08757-5142
518574881       E-mail/Text: cio.bncmail@irs.gov Dec 24 2019 00:51:28      Internal Revenue Service,
                 Special Procedures,    Bankruptcy Section,    P.O. Box 724,    Springfield, NJ 07081
518574907      +E-mail/PDF: bankruptcy@ncfsi.com Dec 24 2019 00:55:59      Providian,
                 c/o New Century Financial,    110 S Jefferson Rd,    Whippany, NJ 07981-1038
518574913      +E-mail/Text: usanj.njbankr@usdoj.gov Dec 24 2019 00:52:18      United States Attorney,
                 970 Broad St., 5th Fl.,    Newark, NJ 07102-2534
518574916      +E-mail/Text: ebn@vativrecovery.com Dec 24 2019 00:51:40      Verizon,
                 c/o Pallisades Collection,    210 Sylvan Avenue,    Englewood Cliffs, NJ 07632-2510
```

```
District/off: 0312-3          User: admin              Page 2 of 2               Date Rcvd: Dec 23, 2019
                              Form ID: pdf905          Total Noticed: 55
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
518574915       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Dec 24 2019 00:50:51
                 Verizon,    P.O. Box 4833,    Trenton, NJ 08650-4833
                                                                                               TOTAL: 10

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518575496         Estate of Seymourt Masure
518575497         Patricia Salles
518575498         Shelli Lennon
                                                                                   TOTALS: 3, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 25, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2019 at the address(es) listed below:
              Barry  Frost     trustee@teichgroh.com,   NJ94@ecfcbis.com;frost@remote7solutions.com
              Denise E. Carlon    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE (CWABS 2005-AB4) dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
              William H. Oliver, Jr.    on behalf of Debtor Michael David Lennon bkwoliver@aol.com,
               R59915@notify.bestcase.com
                                                                                               TOTAL: 4
```